UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PRIMAS,<br><br>            Plaintiff,<br><br>     vs.<br><br>DR. SARKIES, et al.,<br><br>            Defendants. | 1:13-cv-00444-GSA-PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g)<br><br>ORDER FOR CLERK TO CLOSE CASE |

**I.     BACKGROUND**

Eric Primas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 27, 2013. (Doc. 1.) On April 9, 2013, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On February 2, 2014, the Court dismissed Plaintiff's Complaint for failure to state a claim, with leave to file an amended complaint within thirty days. (Doc. 6.) 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). In the February 2, 2014, order, the Court informed Plaintiff of the deficiencies in his Complaint, and dismissed the Complaint on the ground that Plaintiff had

failed to state a claim upon which relief could be granted. (Id.)  Plaintiff was forewarned in the order that if he failed to file an amended complaint, the court would dismiss this action, with prejudice, for failure to state a claim.  (Id. at 6 ¶5.)  To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1]  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Because Plaintiff has not filed an amended complaint, the Court dismisses the claims made in the original complaint with prejudice for failure to state a claim upon which the Court could grant relief.  See Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir.1987)(prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;

2. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and

3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 17, 2014**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The United States Postal Service returned the order on February 19, 2014 as undeliverable.  (Court Record.)  A notation on the envelope indicates that the mail was undeliverable as addressed.  However, Plaintiff has not notified the court of any change in his address.  (Id.)  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).